

# Fourth Court of Appeals
## San Antonio, Texas

### JUDGMENT

No. 04-23-00363-CR

**EX PARTE** Ulises Reyes **RAMIREZ**

From the County Court, Kinney County, Texas
Trial Court No. 13759CR
Honorable Susan D. Reed, Judge Presiding[1]

BEFORE JUSTICE RIOS, JUSTICE SPEARS, AND JUSTICE MCCRAY

In accordance with this court's memorandum opinion of this date, the trial court's order denying Appellant's application for pretrial writ of habeas corpus is AFFIRMED.

SIGNED July 23, 2025.

_____
Adrian A. Spears II, Justice

---

[1] Senior Judge Susan D. Reed signed the order denying the habeas corpus relief at issue in this appeal.